UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WARDEN TIM GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00255-ART-CLB<br><br>ORDER |

　　　This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for an extension of time. (ECF No. 17.) This is Christie's first request for an extension of this deadline. This Court finds good cause to grant the motion.

　　　It is therefore ordered that the unopposed motion for an extension of time (ECF No. 17) is granted. Christie has up to and including February 19, 2024, to file his amended petition.

　　　DATED THIS 22nd day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE