UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN TIM GARRETT,<br><br>　　　　　　　　Respondents. | Case No. 3:23-cv-00255-ART-CLB<br><br>ORDER |

　　　This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for an extension of time. (ECF No. 19.) This is Christie's second request for an extension of this deadline. This Court finds good cause to grant the motion.

　　　It is therefore ordered that the unopposed motion for an extension of time (ECF No. 19) is granted. Christie has up to and including May 20, 2024, to file his amended petition.

　　　DATED THIS 21st day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1