UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN CHRISTIE,

                  Petitioner,

v.

WARDEN TIM GARRETT,

                  Respondents.

Case No. 3:23-cv-00255-ART-CLB

ORDER

      This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for an extension of time. (ECF No. 21.) This is Christie's third request for an extension of this deadline. This Court finds good cause to grant the motion.

      It is therefore ordered that the unopposed motion for an extension of time (ECF No. 21) is granted. Christie has up to and including July 19, 2024, to file his amended petition.

      DATED THIS 31st day of May 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE