UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE, | Case No. 3:23-cv-00255-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| WARDEN TIM GARRETT, | |
| Respondents. | |

This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 35.) This is Christie's first request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 35) is granted. Christie has up to and including December 31, 2024, to file his opposition to the motion to dismiss.

DATED THIS 13th day of November 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1