UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN CHRISTIE,

                Petitioner,

v.

WARDEN TIM GARRETT,

                Respondents.

Case No. 3:23-cv-00255-ART-CLB

ORDER

      This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for a 60-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 37.) This is Christie's second request for an extension of this deadline. This Court finds good cause to grant the motion.

      It is therefore ordered that the unopposed motion for an extension of time (ECF No. 37) is granted. Christie has up to and including March 21, 2025, to file his opposition to the motion to dismiss.

      DATED THIS 21st day of January 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1