UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>          Petitioner,<br>     v.<br><br>WARDEN TIM GARRETT,<br><br>          Respondents. | Case No. 3:23-cv-00255-ART-CLB<br><br>ORDER |

This counseled habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for a 14-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 37.) This is Christie's third request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 39) is granted. Christie has up to and including April 4, 2025, to file his opposition to the motion to dismiss.

DATED THIS 25th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1