UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN TIM GARRETT,<br><br>　　　　　　　Respondents. | Case No. 3:23-cv-00255-ART-CLB<br><br>ORDER |

This counseled habeas matter is before this Court on Petitioner Stephen Christie's motion for partial dismissal of ground 3 of his First-Amended Petition. (ECF No. 44.) On May 13, 2025, this Court determined that ground 3 was unexhausted and instructed Christie to inform the Court how he wished to proceed on that unexhausted ground. (ECF No. 43.) Christie has timely complied.

It is therefore ordered that the motion for partial dismissal (ECF No. 44) is granted. Ground 3 is dismissed.

It is further ordered that Respondents have 60 days from the date of this Order in which to file an answer to the remaining grounds for relief. Christie then has 30 days from the date of service of Respondents' answer to file a reply.

Dated this 11th day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1