UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br><br>                Petitioner,<br>v.<br>WARDEN TIM GARRETT,<br><br>                Respondents. | Case No. 3:23-cv-00255-ART-CLB<br><br>ORDER |

This counseled habeas matter is before this Court on Respondents' unopposed motion for a 60-day extension of time to file their response to Petitioner Stephen Christie's First-Amended Petition. (ECF No. 48.) This is Respondents' second request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 48) is granted. Respondents have up to and including December 9, 2025, to file their response.

DATED THIS 8th day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1