UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN CHRISTIE,

                Petitioner,

v.

WARDEN TIM GARRETT,

                Respondents.

Case No. 3:23-cv-00255-ART-CLB

ORDER

    This habeas matter is before this Court on Respondents' unopposed motion for a 14-day extension of time to file their response to Petitioner Stephen Christie's First-Amended Petition. (ECF No. 53.) This is Respondents' fourth request for an extension of this deadline. This Court finds good cause to grant the motion.

    It is therefore ordered that the unopposed motion for an extension of time (ECF No. 53) is granted. Respondents have up to and including January 22, 2026, to file their response.

    DATED THIS 12th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE