UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN CHRISTIE,

Petitioner,

v.

WARDEN TIM GARRETT,

Respondents.

Case No. 3:23-cv-00255-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner Stephen Christie's unopposed motion for a 60-day extension of time to file his reply brief. (ECF No. 56.) This is Christie's first request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 56) is granted. Christie has up to and including April 24, 2026, to file his reply.

DATED THIS 25th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1