UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEPHEN CHRISTIE,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:23-cv-00255-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner Stephen Christie's motion for a 36-day extension of time to file his reply brief. (ECF No. 61.) This is Christie's third request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 61) is granted. Christie has up to and including July 9, 2026, to file his reply.

DATED THIS 9th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1