UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHRISTIE,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 3:23-cv-00255-ART-CLB<br>ORDER |

This habeas matter is before this Court on Petitioner Stephen Christie's motion for a 16-day extension of time to file his reply brief. (ECF No. 65.) This is Christie's fifth request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 65) is granted. Christie has up to and including August 26, 2026, to file his reply.

DATED THIS 19th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE